# Exhibit 2

Charted Claim

Method Claim: 1

| US7012652 | Vizio 65" Quantum Pro 4K QLED TV ("Accused Product") |
|---|---|
| 1. An audio level reduction method to immediately moderate an immediate level of prevailing sound volume delivered from an entertainment apparatus, comprising steps of: | The accused product practices an audio level reduction method (e.g., using voice commands) to immediately moderate an immediate level of prevailing sound volume delivered from an entertainment apparatus (e.g., the accused product).<br><br>As shown below, the accused product utilizes voice controlling method to immediately moderate/decrease the sound volume delivered by it. The method utilizes voice commands delivered to the accused product via its own voice remote or Alexa or Google assistant.<br><br>As shown below, the user of the accused product can utter/say the voice commands such as "Decrease volume by 'X'" or "Alexa, lower volume by 'X'" or "Hey Google, lower volume by 'X'" to the accused product's voice remote or Alexa or Google Assistant respectively, where "X" is a specific volume level defined in terms of percentage. |



https://www.vizio.com/en/tv/quantum-pro/VQP65C-84



https://www.vizio.com/en/tv/quantum-pro#m-series



https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US

| | |
|---|---|
| | <br>https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US |
| establishing the entertainment apparatus to deliver a first preferred volume level of sound reproduction; | The accused product practices establishing the entertainment apparatus (e.g., the accused product) to deliver a first preferred volume level (e.g., 100%, maximum, etc.) of sound reproduction.<br><br>As shown below, the user of the accused product can set the volume to a first preferred volume level (e.g., 100%, maximum, etc.) of sound reproduction by uttering/saying "Set volume to 'X'" or "Alexa, set volume to 'X'" or "Hey Google, set volume to 'X'" to the accused product's voice remote or Alexa or Google Assistant respectively, where "X" can be 100% volume level. |

| | | | |
|---|---|---|---|
| |  | | |
| | https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US | | |
| defining a mute level where the sound reproduction is substantially silenced; | The accused product practices defining a mute level (e.g., volume set to '0') where the sound reproduction is substantially silenced.<br><br>The accused product is programmed to change the volume levels using voice commands and as shown below, the user of the accused product invokes a programmed mute level (e.g., volume set to '0') by uttering/saying "Mute" or "Alexa, mute on <Accused product name>" or "Hey Google, mute on <Accused product name>" to the accused product's voice remote or Alexa or Google Assistant respectively to substantially silence (mute) the sound reproduction from the accused product.<br><br>https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US | | |

| | |
|---|---|
| presetting the entertainment apparatus to fixate a first HUSH level as a second preferred volume level intermediate between the first preferred volume level and mute; and, | The accused product practices presetting the entertainment apparatus (e.g., the accused product) to fixate a first HUSH level (e.g., volume level between '100 to 0' or 'Max and Min') as a second preferred volume level intermediate between the first preferred volume level (e.g., 100%, maximum, etc.) and mute (e.g., volume set to '0'). <br><br> The accused product is programmed to change the volume levels using voice commands and as shown below, the user of the accused product can set the volume to a second preferred volume level intermediate between the first preferred volume level (e.g., 100%, maximum, etc.) and mute (e.g., volume set to '0') by uttering/saying "Set volume to 'X'" or "Alexa, set volume to 'X'" or "Hey Google, set volume to 'X'" to the accused product's voice remote or Alexa or Google Assistant respectively, where "X" can be a specific volume level, for example 20%, 50%, 60%, etc., between 100 and mute, in terms of percentage. <br><br>  <br><br> https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US |



https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US

| | |
|---|---|
| first remotely controlling the entertainment apparatus to presently establish one of a plurality of selectable levels of sound reproduction including at | The accused product practices first remotely controlling the entertainment apparatus (e.g., the accused product) to presently establish one of a plurality of selectable levels of sound reproduction including at least the first preferred volume level (e.g., 100%, maximum, etc.), the mute level (e.g., mute, volume set to '0') and the first HUSH level (e.g., volume level between '100 to 0' or 'Max and Min'). <br><br> As shown below, the user of the accused product can remotely control and set a first preferred volume level (e.g., 100%, maximum, etc.), a mute level (e.g., mute, volume set to '0') and the first HUSH level (e.g., volume level between '100 to 0' or 'Max and Min') by uttering/saying the respective voice commands to the accused product's voice remote or Alexa or Google Assistant to establish one of a plurality of selectable levels of sound reproduction by the |

| | |
|---|---|
| least the first preferred volume level, the mute level and the first HUSH level. | entertainment apparatus (e.g., the accused product).<br><br>**Sound Control**<br><br>| Mute | Mute | Alexa, mute on <TV name> | Hey Google, mute on <TV name> |<br>|---|---|---|---|<br>| Unmute | Unmute | Alexa, unmute on <TV name> | Hey Google, unmute on <TV name> |<br><br>https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US<br><br>| Volume Up | Increase volume Raise volume<br>Set volume to "x" Set volume to 20%<br>Raise volume by 20% | Alexa, increase volume on <TV name><br>Alexa, raise volume by "X" on <TV name><br>Alexa, set volume to "X" on <TV name> | Hey Google, increase volume on <TV name><br>Hey Google, raise volume by "X" on <TV name><br>Hey Google, set volume to "X" on <TV name> |<br>|---|---|---|---|<br><br>https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US |

| | Volume Up | Increase volume Raise volume<br>**Set volume to "x" Set volume to 20%**<br>Raise volume by 20% | Alexa, increase volume on <TV name><br>Alexa, raise volume by "X" on <TV name><br>**Alexa, set volume to "X" on <TV name>** | Hey Google, increase volume on <TV name><br>Hey Google, raise volume by "X" on <TV name><br>**Hey Google, set volume to "X" on <TV name>** |
| --- | --- | --- | --- | --- |
| | **Volume Down** | Decrease volume Lower volume<br>**Decrease volume by "x"** | Alexa, lower volume on <TV name><br>**Alexa, lower volume by "X" on <TV name>** | Hey Google, decrease volume on <TV name><br>**Hey Google, lower volume by "X" on <TV name>** |

https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US