IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RecepTrexx LLC,** | Case No. 3:24-cv-00239-B |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **VIZIO, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: February 6, 2024

Respectfully submitted,

/s/ M. Scott Fuller (Texas Bar No. 24036607)
M. Scott Fuller (Texas Bar No. 24036607)
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
sfuller@ghiplaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613

1

7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
RecepTrexx LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 6, 2024 via the Court's CM/ECF system.

<u>/s/ M. Scott Fuller (Texas Bar No. 24036607)</u>
M. Scott Fuller (Texas Bar No. 24036607)
